Skip Winters, OSB No. 944669
Email: winters@bodyfeltmount.com
Kirstin L. Abel, OSB No. 035046
Email: abel@bodyfeltmount.com
BODYFELT MOUNT
707 SW Washington Street, Suite 1100
Portland, Oregon 97205-3528
Telephone: (503) 243-1022
Facsimile: (503) 243-2019

Attorneys for Third-Party Defendant F&S Distributors, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| AVENUE LOFTS CONDOMINIUMS OWNERS' ASSOCIATION, an Oregon nonprofit corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>VICTAULIC COMPANY, a foreign corporation,<br><br>        Defendant. | Case No. 3:13-cv-01066-BR<br><br>**THIRD-PARTY DEFENDANT F&S DISTRIBUTORS, INC.'S MOTION FOR CENTRALIZED PRE-TRIAL PROCEEDINGS** |
| VICTAULIC COMPANY, a foreign corporation<br><br>        Third-Party Plaintiff,<br><br>   vs.<br><br>SEAL DYNAMICS, a Florida corporation; and F&S DISTRIBUTORS, INC., a New Jersey corporation,<br><br>        Third-Party Defendants. | |

Third-party defendant F&S Distributors, Inc. ("F&S") respectfully seeks an Order

**THIRD-PARTY DEFENDANT F&S DISTRIBUTORS, INC.'S MOTION FOR CENTRALIZED PRE-TRIAL PROCEEDINGS**    Page - 1

BODYFELT MOUNT LLP
Attorneys At Law
707 SW Washington Street, Suite 1100
Portland OR 97205-3528
Phone: 503-243-1022 Fax: 503-243-2019

centralizing pre-trial proceedings in the following two cases, currently pending in the District Court of Oregon:

1. *Avenue Lofts Condominium Owners' Association v. Victaulic,* Case No. 3:13-cv-01066-BR

2. *Edge Lofts Master Condominium Association v. Victaulic,* 3:13-cv-00492-MO

These cases involve one or more common questions of fact and law, and it is anticipated that similar issues will arise in the discovery and pre-trial phases of the cases.

## ARGUMENT AND AUTHORITY

F&S hereby joins Defendant Victaulic Company's ("Victaulic") Motion for Centralized Pre-Trial Proceedings, filed with this court July 29, 2013. F&S incorporates by reference, as though fully stated herein, each of Victaulic's arguments made in support of its motion, and incorporates the declaration and Exhibits attached to the motion.

F&S does not seek to consolidate the cases themselves for trial or discovery. Rather, the order should be limited to centralizing the pre-trial matters.

## CONCLUSION

For the reasons stated above, and incorporated herein, and in the interest of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**THIRD-PARTY DEFENDANT F&S DISTRIBUTORS, INC.'S MOTION FOR CENTRALIZED PRE-TRIAL PROCEEDINGS** Page - 2

BODYFELT MOUNT LLP
Attorneys At Law
707 SW Washington Street, Suite 1100
Portland OR 97205-3528
Phone: 503-243-1022 Fax: 503-243-2019

judicial efficiency and the convenience and efficiency of the parties, F&S respectfully asks the court to centralize the cases for pre-trial matters.

DATED this 30th day of July, 2013.

**BODYFELT MOUNT LLP**

BY: */s/ Kirstin L. Abel*
Skip Winters, OSB No. 944669
Email: winters@bodyfeltmount.com
Kirstin L. Abel, OSB No. 035046
Email: abel@bodyfeltmount.com
Phone: (503) 243-1022
Fax: (503) 243-2019

Attorneys for Third-Party Defendant F&S Distributors, Inc.

**THIRD-PARTY DEFENDANT F&S DISTRIBUTORS, INC.'S MOTION FOR CENTRALIZED PRE-TRIAL PROCEEDINGS**     Page - 3

BODYFELT MOUNT LLP
Attorneys At Law
707 SW Washington Street, Suite 1100
Portland OR 97205-3528
Phone: 503-243-1022 Fax: 503-243-2019

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing **THIRD-PARTY DEFENDANT F&S DISTRIBUTORS, INC.'S MOTION FOR CENTRALIZED PRE-TRIAL PROCEEDINGS** on the following attorneys on the date noted below via the following method:

| | |
|---|---|
| Michelle K. McClure<br>Stuart K. Cohen<br>Landye Bennett Blumstein LLP<br>1300 SW 5th Avenue, Suite 3500<br>Portland, OR 97201<br>scohen@lbblawyers.com<br>mmcclure@lbblawyers.com<br><br>*Of Attorneys for Plaintiff* | Anne Cohen<br>Smith Freed & Eberhard PC<br>111 SW 5th Avenue, 43rd Floor<br>Portland, OR 97204<br>acohen@smithfreed.com<br><br>*Of Attorneys for Defendant/Third-Party Plaintiff Victaulic* |

Method:  ☐ US Mail, postage prepaid
☐ Facsimile
☐ Hand Delivery
☒ CM/ECF

Dated this 30th day of July, 2013.

BY: */s/ Kirstin L. Abel*
Skip Winters, OSB No. 944669
Email: winters@bodyfeltmount.com
Kirstin L. Abel, OSB No. 035046
Email: abel@bodyfeltmount.com
Phone: (503) 243-1022
Fax: (503) 243-2019

Attorneys for Third-Party Defendant F&S Distributors, Inc.

Page 1 CERTIFICATE OF SERVICE

BODYFELT MOUNT LLP
Attorneys At Law
707 SW Washington Street, Suite 1100
Portland OR 97205-3528
Phone: 503-243-1022 Fax: 503-243-2019