Michelle K. McClure, OSB #953520
Email: mmcclure@lbblawyers.com
Stuart K. Cohen, OSB #851738
Email: scohen@lbblawyers.com
LANDYE BENNETT BLUMSTEIN LLP
1300 SW Fifth Avenue, Suite 3500
Portland, OR 97201
Telephone: (503) 224-4100
Facsimile: (503) 224-4133

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AVENUE LOFTS CONDOMINIUMS OWNERS' ASSOCIATION**, an Oregon nonprofit corporation,<br><br>    Plaintiff,<br>v.<br><br>**VICTAULIC COMPANY**, a foreign corporation,<br><br>    Defendant. | Case No. 3:13-cv-01066-BR<br><br>Plaintiff Avenue Lofts Condominiums Owners' Association's<br>**MEMORANDUM IN SUPPORT OF MOTION TO EXTEND ALL DISCOVERY AND PRETRIAL DEADLINES AND SET TRIAL DATE**<br><br>(Oral Argument Waived) |
| **VICTAULIC COMPANY**, a foreign corporation,<br><br>    Third-Party Plaintiff,<br>v.<br><br>**SEAL DYNAMICS**, a Florida corporation; and **F&S DISTRIBUTORS, INC.**, a New Jersey corporation,<br><br>    Third-Party Defendants. | |

Page 1 – MEMORANDUM IN SUPPORT OF MOTION TO EXTEND ALL DISCOVERY AND PRETRIAL DEADLINES AND SET TRIAL DATE

*736983.14506-001*

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224-4133 (facsimile)

Plaintiff Avenue Lofts Condominiums Owners' Association, an Oregon nonprofit corporation (hereinafter "Plaintiff") hereby submits this memorandum in support of its request that the Court extend the deadlines established by the Court's Discovery and Pretrial Scheduling Order dated June 25, 2013 [D.E. 4].

Under Federal Rule of Civil Procedure 16, "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "[O]bjections to any court imposed deadline must be raised by motion and must: (1) Show good cause why the deadlines should be modified[,] (2) Show effective prior use of time[,] (3) Recommend a new date for the deadline in question [, and] (4) Show the impact of the proposed extension upon other existing deadlines, settings, or schedules." Local Rule 16-3(a). Good cause exists for modifying the schedule in this case.

On June 25, 2013, Plaintiff filed an action against Defendant Victaulic Company (hereinafter "Victaulic"). On July 23, 2013, Defendant Victaulic Company filed a Third-Party Complaint against Third-Party Defendants Seal Dynamics and F&S Distributors, Inc. On July 31, 2013, counsel for Plaintiff, Defendant and Third-Party Defendants participated in a conference call as required by Fed. R. Civ. P. 26(f). The parties agreed to a proposed trial date of September 15, 2014 anticipating a two (2) week jury trial. Based on that date, the parties agreed to the following schedule:

a. Fed. R. Civ. P. 26(a)(1) Initial Disclosures due from all parties: **August 14, 2013**

b. Fact discovery cut off: **March 19, 2014**

c. Expert disclosures under Fed. R. Civ. P. 26(b)(2): **March 19, 2014**

d. Disclosure of Rebuttal Experts: **April 21, 2014**

e. Close of expert discovery: **May 23, 2014**

Page 2 – MEMORANDUM IN SUPPORT OF MOTION TO EXTEND ALL DISCOVERY AND PRETRIAL DEADLINES AND SET TRIAL DATE

736983.14506-001

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224-4133 (facsimile)

f. File dispositive motions: **June 27, 2014**

g. File Joint ADR Report, Proposed Pretrial Order and Joint Status Report: **30 days after resolution of dispositive motions**

h. Pretrial Conference: **September 5, 2014**

i. Jury Trial (two weeks): **September 15, 2014**

Because this litigation involves a complex product defect, substantial discovery remains to be completed including written discovery, site inspections and depositions. This is the first request for an extension of deadlines, and this motion is not made for purposes of undue delay. The parties believe that they will be able to coordinate and complete all necessary discovery within the timelines outlined above, and respectfully request that the Court grant this motion.

Respectfully submitted on this 16th day of August, 2013.

LANDYE BENNETT BLUMSTEIN LLP


By:   s/ Michelle K. McClure
     Michelle K. McClure, OSB #953520
     mmcclure@lbblawyers.com
     Stuart K. Cohen, OSB #851738
     scohen@lbblawyers.com
     LANDYE BENNETT BLUMSTEIN LLP
     1300 SW Fifth Avenue, Suite 3500
     Portland, OR 97201
     Telephone: (503) 224-4100
     Facsimile: (503) 224-4133

     Of Attorneys for Plaintiff

Page 3 – MEMORANDUM IN SUPPORT OF MOTION TO EXTEND ALL DISCOVERY AND PRETRIAL DEADLINES AND SET TRIAL DATE

736983.14506-001

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224-4133 (facsimile)

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2013, I served the foregoing **MEMORANDUM IN SUPPORT OF MOTION TO EXTEND ALL DISCOVERY AND PRETRIAL DEADLINES AND SET TRIAL DATE** on the following individual(s):

Anne Cohen
Smith Freed & Eberhard
111 SW 5th Avenue, Suite 4300
Portland, OR 97204
Email: acohen@smithfreed.com
Fax: (503) 227-2535
*Of Counsel for Defendant Victaulic Company*

Joe R. Traylor
Holly E. Pettit
Hart Wagner, LLP
1000 SW Broadway, 20th Floor
Portland, OR 97205
Email: jrt@hartwagner.com
    hep@hartwagner.com
Fax: (503) 222-2301
*Of Attorneys for Third Party Defendant Seal Dynamics*

Skip Winters
Kirstin L. Abel
Bodyfelt Mount
707 SW Washington Street, Suite 1100
Portland, OR 97205-3528
Email: winters@bodyfeltmount.com
    abel@bodyfeltmount.com
Fax: (503) 243-2019
*Of Attorneys for Third-Party Defendant F&S Distributors, Inc.*

by CM/ECF Notice.

LANDYE BENNETT BLUMSTEIN LLP / PORTLAND


s/Michelle Moore
Michelle Moore
Legal Assistant to Michelle K. McClure
*Of Attorneys for Plaintiff*

Page 1 - CERTIFICATE OF SERVICE

728917.14506-001

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224-4133 (facsimile)