Skip Winters, OSB No. 944669
Email: winters@bodyfeltmount.com
Kirstin L. Abel, OSB No. 035046
Email: abel@bodyfeltmount.com
BODYFELT MOUNT LLP
319 SW Washington Street, Suite 1200
Portland, Oregon 97204
Telephone: (503) 243-1022
Facsimile: (503) 243-2019

Attorneys for Third-Party Defendant/Fourth-party
Plaintiff F&S Distributors, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **AVENUE LOFTS CONDOMINIUMS OWNERS' ASSOCIATION,** an Oregon nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**VICTAULIC COMPANY**, a foreign corporation, **HOWARD W. WRIGHT CONSTRUCTION CO.**, a foreign corporation; **FERGUSON ENTERPRISES,** aka **FERGUSON ENTERPRISES, INC.**, a foreign corporation; and **MSI MECHANICAL SYSTEMS, INC.**, an Oregon corporation,<br><br>Defendants. | Case No. 3:13-cv-01066-MO<br><br>**THIRD-PARTY DEFENDANT/FOURTH-PARTY PLAINTIFF F&S DISTRIBUTORS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>ORAL ARGUMENT REQUEST |
| **VICTAULIC COMPANY**, a foreign corporation<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>**SEAL DYNAMICS**, a Florida corporation; and **F&S DISTRIBUTORS, INC**., a New Jersey corporation,<br><br>Third-Party Defendants. | |

Page - 1 THIRD-PARTY DEFENDANT/FOURTH-PARTY PLAINTIFF F&S DISTRIBUTORS, INC.'S MOTION FOR SUMMARY JUDGMENT

**F&S DISTRIBUTORS, INC**., a New Jersey corporation,

        Fourth-Party Plaintiff,

        v.

**NATIONAL O-RING** dba **HUTCHINSON SEAL CORP.**, a Delaware corporation; and **HUTCHINSON SEAL CORP**., a Delaware corporation,

        Fourth-Party Defendants.

## LR 7.1(a)(1) Certification

Counsel for third-party defendant F&S Distributors, Inc. ("F&S") certifies pursuant to LR 7.1 that she made a good faith effort with counsel to discuss this motion and resolve the dispute, but the parties have been unable to do so.

## MOTION

Pursuant to Fed. R. Civ. P. 56, F&S moves for summary judgment in its favor dismissing the claims made by Victaulic in its third-part complaint against it with prejudice because the claims are barred by issue preclusion.

This motion is supported by the accompanying declaration of Kirstin Abel, and by the accompanying memorandum of law.

Dated this 18th day of March, 2016.

**BODYFELT MOUNT LLP**

BY: */s/ Kirstin L. Abel*
    Skip Winters, OSB No. 944669
    Email:  winters@bodyfeltmount.com
    Kirstin L. Abel, OSB No. 035046
    Email: abel@bodyfeltmount.com
    Phone:  (503) 243-1022
    Fax: (503) 243-2019

    Attorneys for Third-Party Defendant/Fourth-Party Plaintiff F&S Distributors, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a true copy of the foregoing **THIRD-PARTY DEFENDANT/FOURTH-PARTY PLAINTIFF F&S DISTRIBUTORS, INC.'S MOTION FOR SUMMARY JUDGMENT** on the following attorneys on the date noted below via the following method:

| | |
|---|---|
| Michelle K. McClure<br>Stuart K. Cohen<br>Landye Bennett Blumstein LLP<br>1300 SW 5th Avenue, Suite 3500<br>Portland, OR  97201<br>scohen@lbblawyers.com<br>mmcclure@lbblawyers.com<br><br>*Of Attorneys for Plaintiff* | Richard N. Sieving<br>Jennifer L. Snodgrass<br>The Sieving Law Firm A.P.C.<br>100 Howe Avenue, Suite 220<br>Sacramento, CA  95825<br>rsieving@sievinglawfirm.com<br>jsnodgrass@sievinglawfirm.com<br><br>*Of Attorneys for Plaintiff* |
| Joe R. Traylor<br>Holly E. Pettit<br>Hart Wagner LLP<br>1000 SW Broadway, Suite 2000<br>Portland OR  97205<br>JRT@hartwagner.com<br>hep@hartwagner.com<br><br>*Of Attorneys for Seal Dynamics* | Anne Cohen<br>Sharlei Hsu<br>Smith Freed & Eberhard PC<br>111 SW 5th Avenue, 43rd Floor<br>Portland, OR  97204<br>acohen@smithfreed.com<br>shsu@smithfreed.com<br><br>*Of Attorneys for Defendant/Third-Party Plaintiff Victaulic* |
| Aukjen Ingraham<br>Schwabe, Williamson & Wyatt, PC<br>Pacwest Center<br>1211 SW 5th Avenue, Suite 1900<br>Portland, OR 97204<br>aingraham@schwabe.com<br><br>*Of Attorneys for Howard S. Wright* | James M. Daigle<br>Jesse C. Ormond<br>Stewart Sokol & Larkin, LLC<br>2300 SW 1st Avenue, Suite 200<br>Portland, Oregon  97201-5047<br>jmdaigle@lawssl.com<br>jormond@lawssl.com<br><br>and<br><br>David A. Hytowitz<br>Robin Hopkins<br>Law Offices of Kathryn R. Morton<br>PO Box 4400<br>Portland, OR 97208-444<br>david.hytowitz@libertymutual.com<br>robin.hopkins@libertymutual.com |

Page 1 CERTIFICATE OF SERVICE

| | *Of Attorneys for MSI Mechanical Systems, Inc.* |
|---|---|

Method:  ☐ US Mail, postage prepaid
          ☐ Email
          ☐ Hand Delivery
          ☒ CM/ECF

Dated this 18th day of March, 2016.

BY: */s/ Kirstin L. Abel*
      Skip Winters, OSB No. 944669
      Email:  winters@bodyfeltmount.com
      Kirstin L. Abel, OSB No. 035046
      Email: abel@bodyfeltmount.com
      Phone:  (503) 243-1022
      Fax: (503) 243-2019

      Attorneys for Third-Party Defendant/Fourth-Party Plaintiff F&S Distributors, Inc.

BODYFELT MOUNT LLP
Attorneys At Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019