IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AVENUE LOFTS CONDOMINIUMS OWNERS' ASSOCIATION**, an Oregon nonprofit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>**VICTAULIC COMPANY**, a foreign corporation; **HOWARD S. WRIGHT CONSTRUCTION CO.**, a foreign corporation; **FERGUSON ENTERPRISES, INC.**, aka FERGUSON ENTERPRISES, INC., a corporation of Virginia, a foreign corporation; and **MSI MECHANICAL SYSTEMS, INC.**, an Oregon corporation,<br><br>    Defendants. | Civil No. 3:13-cv-01066-MO<br><br>**ORDER TO SHOW CAUSE** |

On March 18, 2016, Defendants MSI Mechanical System, Inc. ("MSI") and Howard Wright Construction Co. ("Howard Wright") filed a Motion to Dismiss and, in the Alternative, Motion for Leave to File Dispositive Motions [295]. Avenue Lofts Condominiums Owners' Association's ("Avenue Lofts") response was due April 4, 2016. Avenue Lofts has failed to file any response. IT IS ORDERED that Plaintiff appear in writing within 21 days from the date of

///

1- ORDER TO SHOW CAUSE

this order to show cause why Defendants MSI's and Howard Wright's Motion to Dismiss should not be granted.

DATED this __7th__ day of April, 2016.

/s/ Michael W. Mosman_____
MICHAEL W. MOSMAN
Chief United States District Judge

2- ORDER TO SHOW CAUSE