IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**AVENUE LOFTS CONDOMINIUMS OWNERS' ASSOCIATION,** an Oregon nonprofit corporation**,**

        Plaintiff,

   v.

**VICTAULIC COMPANY,** a foreign corporation, et al.,

        Defendants.

No. 3:13-cv-1066-MO

JUDGMENT

**MOSMAN, J.**,

      Based on my Order granting defendants Mechanical Systems, Inc. and Howard S. Wright Construction Co.'s Motion to Dismiss for Lack of Jurisdiction by dismissing this action in its entirety without prejudice for lack of subject matter jurisdiction [343],

      IT IS ORDERED AND ADJUDGED that the Motion to Dismiss [295] is GRANTED and this case is DISMISSED without prejudice.

      DATED this __16th__ day of August, 2016.

                                             /s/ Michael W. Mosman
                                             MICHAEL W. MOSMAN
                                             United States District Judge

1 – ORDER OF DISMISSAL